COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | No. 08-12-00351-CR |
| | § | |
| | § | Appeal from |
| EX PARTE: DANIEL ALVAREZ | § | |
| | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | |
| | § | (TC # 960D10169) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion to determine whether it has jurisdiction of the appeal. Finding that the appeal is moot, we dismiss the appeal.

The appellant, Daniel Alvarez, filed a petition for writ of habeas corpus in the trial court. *See* TEX.CODE CRIM.PROC.ANN. art. 11.072 (West 2005). The trial court dismissed the writ application on October 22, 2012. Appellant filed a motion to reinstate his writ application and he also filed notice of appeal. The trial court granted Appellant's motion to reinstate because the court concluded that it had erred by dismissing the writ application. The reinstatement of Appellant's writ application has rendered this appeal moot. An appellate court is prohibited from deciding a moot controversy. *See National Collegiate Athletic Association v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999). Accordingly, we dismiss the appeal.

March 28, 2013

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)